BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00040-WBS-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| 1964 CHEVROLET IMPALA, VIN: 41847J156295, LICENSE NUMBER: 5XDA830, and | |
| APPROXIMATELY $20,940.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Roger S. Segura, Jaime Sturgis, and Monique Sturgis ("claimants"), by and through their respective counsel, as follows:

1.	On or about January 15, 2013, claimant Roger S. Segura filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to the 1964 Chevrolet Impala, VIN: 41847J156295, License Number: 5XDA830 (hereafter "defendant vehicle"), which was seized on November 8, 2012.  On or about January 30, 2013, claimants Jaime Sturgis and Monique Sturgis filed a claim in the administrative forfeiture proceedings with the FBI with respect to the Approximately $20,940.00 in U.S. Currency (hereafter

"defendant currency"), which was seized on November 8, 2012.

2. The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant vehicle and defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants has filed a claim to the defendant vehicle and defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and defendant currency and/or to obtain an indictment alleging that the defendant vehicle and defendant currency are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 15, 2013 for the defendant vehicle and April 30, 2013 for the defendant currency.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and defendant currency and/or to obtain an indictment alleging that the defendant vehicle and defendant currency are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicle and defendant currency and/or to obtain an indictment alleging that the defendant vehicle and defendant currency are subject to forfeiture shall be extended to June 28, 2013.

Dated:  4/12/13                         BENJAMIN B. WAGNER
                                        United States Attorney


                                        By: /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney


Dated:  4/10/13                         /s/ Julius M. Engel
                                        JULIUS M. ENGEL
                                        Attorney for claimant Roger S. Segura

///

2

Stipulation and Order to Extend Time

1  Dated: 4/10/13                    /s/ Philip Cozens
2                                    PHILIP COZENS
                                     Attorney for claimants Jaime Sturgis
3                                    and Monique Sturgis
4                                    (Signatures authorized by phone)

5       IT IS SO ORDERED.

6  Dated: April 17, 2013
7
8                                    _____
                                     WILLIAM B. SHUBB
9                                    UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3                                    Stipulation and Order to Extend Time