BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1964 CHEVROLET IMPALA, VIN: 41847J156295, LICENSE NUMBER: 5XDA830, and<br><br>APPROXIMATELY $20,940.00 IN U.S. CURRENCY,<br><br>Defendants. | 2:13-MC-00040-WBS-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Roger S. Segura ("claimant"), by and through their respective counsel, as follows:

1. On or about January 15, 2013, claimant Roger S. Segura filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to the 1964 Chevrolet Impala, VIN: 41847J156295, License Number: 5XDA830 (hereafter "defendant vehicle"), which was seized on November 8, 2012. On or about January 30, 2013, claimants Jaime Sturgis and Monique Sturgis filed a claim in the administrative forfeiture proceedings with the FBI with respect to the Approximately $20,940.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 8, 2012.

2. The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant vehicle and defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants has filed a claim to the defendant vehicle and defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and defendant currency and/or to obtain an indictment alleging that the defendant vehicle and defendant currency are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 15, 2013 for the defendant vehicle and April 30, 2013 for the defendant currency.

4. By Stipulation and Order filed April 17, 2013, the parties stipulated to extend to June 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and defendant currency and/or to obtain an indictment alleging that the defendant vehicle and defendant currency are subject to forfeiture.

5. The United States filed a Bill of Particulars on May 20, 2013, in *U.S. v. Vidal Dominic Fabela, et al.*, 2:12-CR-00392-JAM, seeking criminal forfeiture of the defendant currency.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 29, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///

Stipulation and Order to Extend Time

required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to July 29, 2013.

Dated:  6/26/13              BENJAMIN B. WAGNER
                             United States Attorney

                         By: /s/ Kevin C. Khasigian
                             KEVIN C. KHASIGIAN
                             Assistant U.S. Attorney


Dated:  6/25/13              /s/ Julius M. Engel
                             JULIUS M. ENGEL
                             Attorney for claimant Roger S. Segura

                             (Authorized by email)


  IT IS SO ORDERED.


Dated:  June 26, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to Extend Time