1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:13-MC-00040-WBS-CKD

12          Plaintiff,                    STIPULATION AND ORDER EXTENDING
                                          TIME FOR FILING A COMPLAINT FOR
13      v.                                FORFEITURE AND/OR TO OBTAIN  AN
                                          INDICTMENT ALLEGING FORFEITURE
14 1964 CHEVROLET IMPALA, VIN:
   41847J156295, LICENSE NUMBER:
15 5XDA830, and

16 APPROXIMATELY $20,940.00 IN U.S.
   CURRENCY,
17
            Defendants.
18

19

20       It is hereby stipulated by and between the United States of America and claimant Roger S.

21 Segura ("claimant"), by and through their respective counsel, as follows:

22       1.      On or about January 15, 2013, claimant Roger S. Segura filed a claim in the

23 administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to

24 the 1964 Chevrolet Impala, VIN: 41847J156295, License Number: 5XDA830 (hereafter "defendant

25 vehicle"), which was seized on November 8, 2012.  On or about January 30, 2013, claimants Jaime

26 Sturgis and Monique Sturgis filed a claim in the administrative forfeiture proceedings with the FBI with

27 respect to the Approximately $20,940.00 in U.S. Currency (hereafter "defendant currency"), which was

28 seized on November 8, 2012.

                                        1

2.      The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant vehicle and defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants has filed a claim to the defendant vehicle and defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and defendant currency and/or to obtain an indictment alleging that the defendant vehicle and defendant currency are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 15, 2013 for the defendant vehicle and April 30, 2013 for the defendant currency.

4.      By Stipulation and Order filed April 17, 2013, the parties stipulated to extend to June 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and defendant currency and/or to obtain an indictment alleging that the defendant vehicle and defendant currency are subject to forfeiture.

5.      The United States filed a Bill of Particulars on May 20, 2013, in *U.S. v. Vidal Dominic Fabela, et al.*, 2:12-CR-00392-JAM, seeking criminal forfeiture of the defendant currency.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 29, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

7.      Accordingly, the parties agree that the deadline by which the United States shall be

///

///

///

///

///

///

2

Stipulation and Order to Extend Time

1   required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment

2   alleging that the defendant vehicle is subject to forfeiture shall be extended to July 29, 2013.

3   Dated:   6/26/13                                    BENJAMIN B. WAGNER
                                                        United States Attorney
4

5                                              By:  /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
6                                                   Assistant U.S. Attorney

7

8   Dated:   6/25/13                                   /s/ Julius M. Engel
                                                       JULIUS M. ENGEL
9                                                      Attorney for claimant Roger S. Segura

10                                                     (Authorized by email)

11

12
            IT IS SO ORDERED.
13

14
    Dated:  June 26, 2013
15

16                                                     _____
                                                       WILLIAM B. SHUBB
17                                                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and Order to Extend Time